AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

**RECEIVED DEC 12 2018**

| United States of America | ) |
| v. | ) |
| | ) Case No. 3:18-1097 |
| WILLIAM TYE GRISEL | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Matthew J. Perry, Jr. Courthouse<br>901 Richland Street<br>Columbia, SC 29201 | Courtroom No.: 7 |
| | Date and Time: 1/8/19, 10:00 a.m. |

This offense is briefly described as follows:

Title 18, United States Code, Section 2
Title 18, United States Code, Section 981(a)(1)(C)
Title 18, United States Code, Section 982(a)(2)(B)
Title 18, United States Code, Section 1030(a)(4)

Title 18, United States Code, Section 1030(i)
Title 18, United States Code, Section 1343
Title 28, United States Code, Section 2461(c)

Date: 12/11/2018

s/Jennifer Peterson
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

☒ Executed and returned this summons
☒ Certified Mailed 12-14-2018
☒ Signed Receipt Date 01-11-2019
☒ Signed by *illegible*

Date: 01-15-2019

☐ Returned this summons unexecuted
☐ Certified Mailed _____
☐ No Response _____
☐ Defendant Appeared   ☐ Defendant Failed to Appear

Bonnie Walters
*Server's signature*

BONNIE WALTERS, DATA ANALYST
*Printed name and title*